UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| LISA CASH F/K/A LISA PRZYBYLSKI, MOTHER AND NEXT FRIEND OF W.P., A MINOR, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:15-cv-00518-JAW |
| THE UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

NOW COME the above-captioned parties, by and through their respective attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of all claims asserted against Defendant with prejudice and without any costs to any party.


Dated:  July 3, 2017                    /s/ Terry D. Garmey
                                        Terry D. Garmey, Esq.
                                        *Attorney for Plaintiff*
                                        TERRY GARMEY & ASSOCIATES
                                        482 Congress Street, Suite 402
                                        Portland, ME  04101
                                        (207) 899-4644



Dated:  July 3, 2017                    /s/ John G. Osborn
                                        John G. Osborn
                                        Assistant United States Attorney
                                        U.S. Attorney's Office
                                        100 Middle Street Plaza, East Tower
                                        Portland, ME  04101
                                        (207) 780-3257